**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Judith R. Kennedy
Attorney at Law
P. O. Box 2320
Lafayette LA 70502-2320

Diane Sorola
Attorney at Law
402 W. Convent St.
Lafayette LA 70501

**REHEARING ACTION: May 6, 2015**

**Docket Number: 14   01246-CA**

**SUSAN MATTHEWS MCKNIGHT**
**VERSUS**
**DEVEREUX JOHNSON MCKNIGHT**

**Appealed from Iberia Parish Case No. 124677**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Billy Howard Ezell**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Susan Matthews McKnight** has this day been

**DENIED.**

cc: Leon Joseph Minvielle  III, Counsel for the Appellant